McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN        #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
Email:  minkin@m4law.com

Attorneys for Defendant
REVENUE CYCLE MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| XIUFEN DU-PHILLIPS, | ) CIVIL NO. CV13-00078 RLP |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE AS TO ALL |
| vs. | ) CLAIMS AND PARTIES AND |
| | ) ORDER |
| REVENUE CYCLE MANAGEMENT, LLC, | ) |
| | ) |
| | ) No trial date set |
| Defendant. | ) |
| | ) |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES AND ORDER

Plaintiff XIUFEN DU-PHILLIPS, and Defendant REVENUE CYCLE MANAGEMENT, LLC, by and through their attorneys, hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

There are no remaining claims or parties.  The parties shall bear their own attorneys' fees and costs as to the claims dismissed herein.  There is no trial date set in this case.

The parties further agree that this Stipulation may be executed in counterparts with the same effect as if all parties had signed the same document.

Dated: Honolulu, Hawaii, March 11, 2013.

/s/ David J. Minkin
DAVID J. MINKIN

Attorney for Defendant
REVENUE CYCLE MANAGEMENT, LLC


/s/ John Harris Paer
JOHN HARRIS PAER

Attorney for Plaintiff
XIUFEN DU-PHILLIPS

APPROVED AS TO FORM:

DATED: Honolulu, Hawaiʻi  March 12, 2013

_____
Alan C. Kay
Sr. United States District Judge

---

Xiufen Du-Phillips v. Revenue Cycle Management, LLC, Civil No. CV13-00078 RLP; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER